```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19738
    CEDRICK E MURPHY
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7602


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/24/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------

TRIAD FINANCIAL CORP     UNSEC W/INTER   17376.54            .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER     195.76            .00           .00
INTERNAL REVENUE SERVICE PRIORITY         1975.80            .00           .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER NOT FILED             .00           .00
CAVALRY PORTFOLIO SERVIC NOTICE ONLY   NOT FILED             .00           .00
DEBT CREDIT SERVICES     UNSEC W/INTER NOT FILED             .00           .00
BANK OF AMERICA          UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE              UNSEC W/INTER NOT FILED             .00           .00
FREEDMAN ANSELMO LINBERG NOTICE ONLY   NOT FILED             .00           .00
CITY OF CHICAGO REVENUE  UNSEC W/INTER NOT FILED             .00           .00
NCO-MARLIN               UNSEC W/INTER NOT FILED             .00           .00
HARVARD COLLECTION       UNSEC W/INTER NOT FILED             .00           .00
EMPI INC                 UNSEC W/INTER NOT FILED             .00           .00
FIRST PREMIER BANK       UNSEC W/INTER NOT FILED             .00           .00
FIRST NATIONAL BANK OF M UNSEC W/INTER NOT FILED             .00           .00
HIGH RIDGE YMCA          UNSEC W/INTER NOT FILED             .00           .00
ILLINOIS DEPARTMENT OF E UNSEC W/INTER NOT FILED             .00           .00
ILLINOIS SPORTS MEDICINE UNSEC W/INTER NOT FILED             .00           .00
NORTHWEST NASAL & SINUS  UNSEC W/INTER NOT FILED             .00           .00
NORTHWESTERN MEMORIAL    UNSEC W/INTER NOT FILED             .00           .00
QUEST DIAGNOSTICS        UNSEC W/INTER NOT FILED             .00           .00
RAVENSWOOD HEALTH CARE C UNSEC W/INTER NOT FILED             .00           .00
CCS INC                  UNSEC W/INTER NOT FILED             .00           .00
RESURRECTION SERVICES    UNSEC W/INTER NOT FILED             .00           .00
BUS & PROFES             UNSEC W/INTER NOT FILED             .00           .00
NEUROCENTER              UNSEC W/INTER NOT FILED             .00           .00
UPTOWN ORTHOPEDICS SURDG UNSEC W/INTER NOT FILED             .00           .00
PENTAGROUP FINANCIAL LLC UNSEC W/INTER NOT FILED             .00           .00
US DEPT OF EDUCATION     UNSEC W/INTER   10434.07            .00           .00
PARC                     UNSEC W/INTER NOT FILED             .00           .00
ILLINOIS DEPT OF REV     UNSEC W/INTER     523.92            .00           .00
INTERNAL REVENUE SERVICE UNSEC W/INTER     116.16            .00           .00
INTERNAL REVENUE SERVICE SECURED NOT I   18093.10            .00           .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     3,500.00                          .00
TOM VAUGHN               TRUSTEE                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19738 CEDRICK E MURPHY
```

```
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                 --------------        --------------
TOTALS                                 .00                          .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 19738 CEDRICK E MURPHY